**IN RE Superior Judge John P. MORRISSEY, No. 83-500**

October 12, 1983. Pursuant to 12 V.S.A. App. I, Pt. IV, R. 5(1), Superior Judge John P. Morrissey is temporarily suspended from acting in any judicial capacity pending adjudication and disposition of the information filed in the District Court of Vermont, Unit No. 2, Washington Circuit, on October 6, 1983.

**HEASLIP FUELS, INC. v. Joan CHARBONNEAU, No. 82-424**

November 14, 1983. Appellant having obtained judgment in his favor and having failed to comply with V.R.C.P. 59(a), the appeal is dismissed.

**IN RE Jeffrey DANFORTH, No. 82-490**

November 16, 1983. The evidence supports the findings. The findings support the conclusion. Therefore, the judgment is affirmed.

**William HOUSTON and Constance HOUSTON v. TOWN OF FERRISBURG, No. 82-304**

November 17, 1983. A tape recording of part of the proceeding having been lost so that no transcript can be made as required by V.R.A.P. 10(b), the cause is reversed and remanded. Cf. *Wemyss* v. *Viens*, 125 Vt. 81, 211 A.2d 238 (1965) (notes of trial stenographer lost so lack of transcript prevents appellate review); *State* v. *Harvey*, 135 Vt. 549, 550, 382 A.2d 210 (1977) (record below "so fraught with error that a just review" is impossible).